McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA SBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK ANDREW MASON, | ) No. 2:19-cv-02158-DB |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO VOLUNTARY** |
| | ) **REMAND PURSUANT TO SENTENCE** |
| ANDREW SAUL, | ) **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| Commissioner of Social Security, | ) **ENTRY OF JUDGMENT; ORDER** |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to comply with the prior remand orders, further evaluating the medical evidence of record, including the opinion of Chester Sunde, Psy.D. The ALJ will reconsider the claimant's residual functional capacity and formulate a residual functional capacity that includes appropriate

1   limitations that are supported by the record. The ALJ will reassess the claimant's symptom

2   testimony, address a third party report from the claimant's former employer in Exhibit 8D, and

3   obtain supplemental vocational expert evidence as necessary. The ALJ will offer the claimant the

4   opportunity for a hearing, take any further action needed to complete the administrative record,

5   and issue a new decision.

6          This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

7   Social Security Act, 42 U.S.C. 405(g).

8

9   Dated:  January 7, 2021                    /s/  Robert C. Weems*
                                               ROBERT C. WEEMS
10                                             Attorney for Plaintiff
                                               *Authorized via e-mail on Jan. 7, 2021
11
                                               MCGREGOR W. SCOTT
12                                             United States Attorney
                                               DEBORAH LEE STACHEL
13                                             Regional Chief Counsel, Region IX
                                               Social Security Administration
14

15                                    By:      /s/ Ellinor R. Coder
                                               ELLINOR R. CODER
16                                             Special Assistant United States Attorney

17                                             Attorneys for Defendant

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.  This action is closed.

DATED: January 8, 2021          /S/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE